UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DANIEL CHARLES,

                          Plaintiff,                    24 **CIVIL** 8535 (KHP)

    -v-                                        **<u>JUDGMENT</u>**

MICHELLE KING, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                          Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 13, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

       February 13, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                                  **BY:**
                                                         _____
                                                               **Deputy Clerk**